■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY THURSTON, Appellant.—Judgment of the Supreme Court, Suffolk County, rendered October 17, 1977 affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL

460.50 (subd 5). Latham, J. P., Suozzi, Gulotta, Shapiro and Cohalan, JJ., concur.